ACCEPTED
03-14-00714-CV
5362636
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 3:03:57 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00714-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/20/2015 3:03:57 PM
JEFFREY D. KYLE
Clerk

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

_____

KEVIN TARR,
Appellant,

v.

LANTANA SOUTHWEST HOMEOWNERS' ASSOCIATION, INC.,
Appellee.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S REPLY BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellant Kevin Tarr, under the authority of Texas Rule of Appellate Procedure 10.5(b), requests additional time to file his Reply Brief.

1.      Appellant's Reply Brief is currently due Monday, June 8, 2015.

2.      Appellant respectfully requests an extension of time for 14 days to file his Reply Brief.  With the extension, the Reply Brief will be due on Monday, June 22, 2015.

3.      After retaining new appellate counsel, Appellant filed his opening brief on March 16, 2015.

4. On April 1, 2015, this Court granted Appellee's request for a 30-day extension of time to file its response brief, which Appellee filed on May 18, 2015. As a result of Appellee's extension, Appellant's Reply Brief is currently due on June 8, 2015.

5. Appellant's counsel has a pre-planned vacation over the Memorial Day weekend (May 22-25). Additionally, Mr. Ploeger is required to attend to other time-sensitive matters, including briefing in *Dos Republicas Coal Partnership v. David Saucedo, et al.*, No. 04-14-00828-CV, in the Fourth Court of Appeals, San Antonio, Texas.

6. This request is not sought for delay, but in order that justice may be done.

7. This is the first extension Appellant has sought with respect to his Reply Brief.

8. Counsel for Appellant has conferred with counsel for Appellee, Gregory B. Godkin, and Mr. Godkin stated that Appellee is unopposed to the requested extension.

## PRAYER

Appellant requests that this Court to grant an extension of 14 days to file his Reply Brief, making the Reply due on Monday, June 22, 2015. Appellant also prays for any other relief to which he may be entitled.

Respectfully submitted,

*/s/ Matthew Ploeger*
Matthew Ploeger
State Bar No. 24032838
LAW OFFICE OF MATTHEW PLOEGER
901 S. Mopac Expressway, Suite 300
Barton Oaks Plaza, Building One
Austin, Texas 78746
P: 512.298.2088
F: 512.298.1787
Matthew@PloegerLaw.com
*Attorney for Appellant*

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has conferred with counsel for Appellee, Gregory B.

Godkin, and Appellee is unopposed to the motion for extension of time.

*/s/ Matthew Ploeger*
Matthew Ploeger
Dated: May 20, 2015

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Gregory B. Godkin
ROBERTS MARKEL WEINBERG BUTLER HAILEY PC
111 Congress, Suite 1620
Austin, TX 78701
512.279.7344–telephone
713.840.9404–facsimile

*/s/ Matthew Ploeger*
Matthew Ploeger
Dated: May 20, 2015